HELANE L. MORRISON (Cal. Bar No. 127752)
SUSAN F. LAMARCA (Cal. Bar No. 215231)
 (lamarcas@sec.gov)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY B. SCHMIDT, GARY L. GELNETTE and NORMAN R. VALINE,<br><br>Defendants. | Case No. C-05-5171 MHP<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES |

The Court, having considered the Joint Motion by plaintiff Securities and Exchange Commission and defendant Norman R. Valine to Continue the Trial Date and Related Pretrial Dates, the supporting papers and the other filings in this case, and good cause appearing therefrom, HEREBY ORDERS THAT:

The Joint Motion is GRANTED.

1    The new trial and pretrial dates are as follows:

2    First day of trial: September 11, 2007 at 8:30 a.m.

3    Pretrial Conference: September 4, 2007 at 3:00 p.m.

4    Pretrial Conference Statements and related filings (as set forth in the Court's September 19,

5 2006 Civil Minutes) to be filed with the Court on or before August 31, 2007.

7    IT IS SO ORDERED.

10    June 6, 2007



_____
Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE