1  HELANE L. MORRISON (Cal. Bar No. 127752)
   SUSAN F. LAMARCA (Cal. Bar No. 215231)
2    (lamarcas@sec.gov)
   MARK P. FICKES (Cal. Bar No. 178570)
3    (fickesm@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY B. SCHMIDT, GARY L. GELNETTE and NORMAN R. VALINE,<br><br>Defendants. | Case No. C-05-5171 MHP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE TRIAL DATE**<br><br>**Date:  Sept. 11, 2007 (currently scheduled)**<br>         **Dec. 11, 2007 (proposed new date)**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 3, 5th Floor** |
|---|---|

Plaintiff Securities and Exchange Commission ("Commission") and defendant Norman R. Valine (the "parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS:

1.  On June 7, 2007, pursuant to a joint motion, the Court reset the trial date in this case to September 11, 2007 (from the previously scheduled date of June 26, 2007).  In the joint motion the parties (the Commission and Valine) requested that the trial date be moved until after the Court had decided the Commission's pending motion for summary judgment against two defendants, Jeffrey B.

1  Schmidt and Gary L. Gelnette.  On July 16 2007, during the hearing on the Commission's motion for
2  summary judgment, the Court indicated that the motion will be granted.
3      2.    After the parties made their joint motion, defendant Valine submitted to the
4  Commission a settlement offer, which the Commission's counsel has informed him they are
5  recommending the Commission accept.  If accepted by the Commission, and approved by the Court,
6  the settlement would resolve the case against defendant Valine.  However, the Commission has not
7  yet had the opportunity to consider the settlement offer.
8      STIPULATION:
9      3.    The parties therefore stipulate that, to permit the Commission to consider the
10 settlement offer by defendant Valine before the commencement of trial, the trial date should be
11 moved approximately 90 days, until December 11, 2007, or as soon thereafter as the Court's
12 schedule will permit.
13     IT IS SO STIPULATED:

DATED:     August 17, 2007                    Respectfully Submitted,

/s/  Susan F. LaMarca
Susan F. LaMarca
Mark P. Fickes
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
Attorneys for Plaintiff


/s/ Christopher C. Cooke
Christopher C. Cooke
COOKE, KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone: (650) 638-2370
Facsimile: (650) 341-1395
ccooke@ckwlaw.com
Attorneys for Defendant Norman R. Valine

1 **[PROPOSED] ORDER**

2

3   IT IS HEREBY ORDERED THAT:

4   The new trial and pretrial dates are as follows:

5   First day of trial:  December 11, 2007 at 8:30 a.m.

6   Pretrial Conference:  December 4, 2007 at 3:00 p.m.

7   Pretrial Conference Statements and related filings (as set forth in the Court's September 19,

8   2006 Civil Minutes) to be filed with the Court on or before November 30, 2007.

11   **IT IS SO ORDERED.**

17   8/23/2007   _____
18                  Marilyn H. Patel
                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)